WILLIAM KAWITT, Plaintiff-Appellant, v. BETH HAMIDRASH HACHODESH CEMETERY ASSOCIATION, Defendant-Appellee.

(No. 56415;

First District (5th Division)—June 15, 1973.

Opinion by Mr. PRESIDING JUSTICE DRUCKER.

Alan Kawitt, of Chicago, for appellant.

Kirkland & Ellis, of Chicago, (John M. O'Connor, Jr., and William C. Shannon, of counsel,) for appellee.